**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 6 DB 2024 (11 RST 2024) |
| | : | |
| RALPH THOMAS BORRELLO | : | Attorney Registration No. 39529 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM ADMINISTRATIVE SUSPENSION | : | (Out of State) |

## O R D E R

**PER CURIAM**

    **AND NOW**, this 14th day of Marc, 2024, the Report and Recommendation of Disciplinary Board Member dated March 7, 2024, is approved and it is ORDERED that RALPH THOMAS BORRELLO, who has been on Administrative Suspension, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.